UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | 12-MC-0115 (JSR) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff<br><br>   v.<br><br>ABN AMRO FUND SERVICES (ISLE OF MAN) NOMINEES LIMITED, f/k/a Fortis (Isle Of Man) Nominees Limited, PLATINUM ALL WEATHER FUND LIMITED, and ODYSSEY,<br><br>      Defendants. | Pertains to case:<br><br>12-cv-09115 (JSR) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

  PLEASE TAKE NOTICE that the following attorney withdraws his appearance as counsel on behalf of Defendant Odysey, in the above-captioned action:

Zev F. Raben
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue
New York, New York 10022
Telephone: (212) 508-7548
Facsimile: (212) 371-1084
raben@thsh.com

The Law Firm Tannenbaum Helpern Syracuse & Hirschtritt, LLP, will continue to represent this Defendant in this case.

Dated: New York, New York
October 31, 2013

TANNENBAUM HELPERN
SYRACUSE & HIRSCHTRITT LLP

By: _s/ Zev F. Raben_____
Zev F. Raben

900 Third Avenue
New York, NY  10022
Telephone: (212) 508-7548
Email - raben@thsh,com

*Attorneys for Defendant Odyssey
Alternative Strategies Fund Limited*

SO ORDERED.

Dated: New York, New York
November ____, 2013

_____
Jed S. Rakoff, U.S.D.J.